IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| **PHILLIP MATTHIS,** on behalf of himself, and all other plaintiffs similarly situated, known and unknown, | No. 15 cv 07607 |
| Plaintiff | Hon. John Z. Lee, Judge |
| v. | **Magistrate Judge Susan E. Cox** |
| **TRANS ONE INCORPORATED** | |
| Defendants. | |

### STIPULATION OF DISMISSAL PURSUANT TO
### FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II)

Pursuant to the Parties' agreement to settle this case and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties stipulate to the dismissal of this case ***without prejudice*** and with full leave to reinstate via motion filed on or before May 15, 2019. If no motion to reinstate is filed by that date, then the dismissal will automatically convert to a dismissal with prejudice, without further action by the Court or the Parties.

Respectfully submitted,

*Electronically Filed 9/12/2018*

| */s/ John William Billhorn* | */s/ Gregory T. Mitchell (w/permission)* |
|---|---|
| John William Billhorn<br>Billhorn Law Firm<br>53 West Jackson Blvd., Suite 840,<br>Chicago, Illinois 60604<br>jbillhorn@billhornlaw.com | Gregory T. Mitchell<br>Law Office of Gregory T. Mitchell, P.C.<br>18141 Dixie Highway, Suite 100<br>Homewood, Illinois 60430<br>(708) 799-9325<br>mitchlaw00@comcast.net |